IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. Magistrate Judge
9:24 am, 9/18/23

CHRISTOPHER FONTE,

    Plaintiff,

vs.

MEMORIAL HOSPITAL OF LARAMIE COUNTY, d/b/a CHEYENNE REGIONAL MEDICAL CENTER, JANE DOES AND JOHN DOES,

    Defendants.

Case No. 1:23-CV-00140-SWS

### ORDER ON MOTION TO OBTAIN ELECTRONIC CASE FILING RIGHTS

    Before the Court is Plaintiff's pro se Motion to Obtain Electronic Case Filing Rights. [ECF No. 3]. Plaintiff is a pro se litigant with a mailing address in Colorado and "is disabled and receiving medical treatment at various locations which he must travel fairly regularly [to for treatment]." *Id*. at 2. Plaintiff requests access to the Court's Case Management/Electronic Case Filing [CM/ECF] system to file his own pdf documents.

    Under the Local Rules, a party may register for the Court's CM/ECF system to receive notice and service of any documents filed within their case. *See* Local Rule 5.1 (https://www.wyd.uscourts.gov/court-info/local-rules-and-orders/local-rules); Pro Se Guide for the U.S. District Court for the District of Wyoming (https://www.wyd.uscourts.gov/filing-without-attorney); and CM/ECF Procedures Manual for the U.S. District Court for the District of Wyoming (https://www.wyd.uscourts.gov/sites/wyd/files/cmprocmanual_0.pdf). Yet, according to the CM/ECF Procedures Manual only an "attorney who is a member of good standing of the bar of this Court" will be given the authority to file their documents directly onto the CM/ECF docket.

Pro se litigants that are not barred within the state of Wyoming may email documents to WYDNewCase@wyd.uscourts.gov to be electronically filed on CM/ECF but will not be given electronic filing rights within the Court's CM/ECF system. A document that is sent to the WYDNewCase@wyd.uscourts.gov email address must have an actual scanned signature and cannot be a case initiating document. *See* Local Rule 5.1 (f).

As a courtesy to Plaintiff, this Court has attached the Pro Se Litigation Guide (Attachment 1) and the U.S. District Court for the District of Wyoming's Pro Se Electronic Notification Registration Form (Attachment 2). Plaintiff may register to receive notifications of any filings that happen in this case but may not possess the same filing rights as a licensed attorney in good standing with the bar of this Court.

Based on the reasoning above, IT IS HEREBY ORDERED that the Motion to Obtain Electronic Case Filing Rights is DENIED.

Dated this 18th day of September, 2023.

*Stephanie Hambrick*

STEPHANIE A. HAMBRICK
United States Magistrate Judge